Alex W. Schultz, Appellant, v. Sadie K. Schultz, Appellee.

**Gen. No. 41,175.**

opinion filed November 26, 1940. Irving Eisenman, for appellant; Irving Eisenman and Hugh E. Johnson, of counsel; Joseph Dubovik and Julius H. Selinger, for appellee. Opinion by Presiding Justice Friend. ''Not to be published in full.''